UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
In Re ACCLAIM ENTERTAINMENT, INC.
Securities Litigation

JERRY PURVIS, on behalf of himself
and all others similarly situated,
PENN CAPITAL MANAGEMENT, ROBERT L.
MANARD, and STEVE RUSSO,

                    Plaintiffs,

          -against-                          MEMORANDUM AND ORDER
                                             03-CV-1270(JS)(ETB)

GREGORY FISCHBACH, EDMOND SANCTIS,
JAMES SCOROPOSKI, GERARD AGOGLIA,
and KPMG, LLP,

                    Defendants.
------------------------------------X
APPEARANCES:

For Plaintiffs:              Katharine M. Ryan, Esq.
                            Thomas W. Grammar, Esq.
                            Andrew L. Barroway, Esq.
                            Schiffrin & Barroway, LLP
                            280 King of Prussia Road
                            Radnor, Pennsylvania 19087

                            Samuel H. Rudman, Esq.
                            Russell J. Gunyan, Esq.
                            Lerach Coughlin Stoia Gellar Rudman
                            & Robbins LLP
                            200 Broadhollow Road, Suite 406
                            Melville, New York 11747

                            Mark C. Rifkin, Esq.
                            Stacey Kelly, Esq.
                            Fred T. Isquith, Sr., Esq.
                            Scott Jason Farrell, Esq.
                            Wolf Haldenstein Adler Freeman
                            & Herz LLP
                            270 Madison Avenue, 10th Floor
                            New York, New York 10016


For Defendants Gregory
Fischbach, Edmond Sanctis,

and James Soroposki:                Bruce M. Sabados, Esq.
                                    Robert W. Gottlieb, Esq.
                                    Katten Muchin Zavis Rosenmann, LLP
                                    575 Madison Avenue
                                    New York, New York 10022

                                    Ronald G. White, Esq.
                                    Jack C. Auspitz, Esq.
                                    Morrison & Foerster, LLP
                                    1290 Avenue of the Americas
                                    New York, New York 10104-0050

For Defendant Gerard Agoglia:       Paul Alexander Ferrillo, Esq.
                                    Richard Levine, Esq.
                                    Weil, Gotshal & Manges LLP
                                    767 Fifth Avenue
                                    New York, New York 10153

For Defendant KPMG, LLP:            Joseph Thompson Baio, Esq.
                                    Lisa C. Solbakken, Esq.
                                    Elissa Rossi, Esq.
                                    Juan Skirrow, Esq.
                                    Willkie Farr & Gallagher LLP
                                    787 Seventh Avenue
                                    New York, New York 10019

Currently pending before this Court is Plaintiffs' motion to amend filed on November 28, 2005. Plaintiffs seek to amend this Court's previous Order, dated February 14, 2005, certifying this case as a class action. Pursuant to Rule 73 of the Federal Rules of Civil Procedure and Rule 72.2 of the Local Civil Rules for the Eastern District of New York, the Court hereby refers Plaintiffs' motion to amend to Magistrate Judge E. Thomas Boyle to report and recommend how the Court should dispose of Plaintiffs' motion.

**COUNSEL IS DIRECTED TO IMMEDIATELY NOTIFY ALL PARTIES OF THIS ORDER**

SO ORDERED.

/s/ JOANNA SEYBERT

Joanna Seybert / U.S.D.J.

Dated: Central Islip, New York
       April 3 , 2006

2